**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-4849**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

     v.

TERRY L. LANGFORD, a/k/a Larry Lamont Bush,

          Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, District Judge. (1:15-cr-00539-JKB-1)

Submitted: April 25, 2017                  Decided: April 28, 2017

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Julie Marie Reamy, JULIE M. REAMY, ATTORNEY AT LAW, LLC, Baltimore, Maryland, for Appellant. Joyce Kallam McDonald, Assistant United States Attorney, Zachary Augustus Myers, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry L. Langford appeals the district court's order denying his motion for release pending sentencing. We review a district court's order denying bail for clear error. *See United States v. Williams*, 753 F.2d 329 (4th Cir. 1985). The law has established a presumption in favor of detaining convicted defendants, which can be rebutted "by clear and convincing evidence that the [defendant] is not likely to flee or pose a danger to the safety of any other person or the community if released." 18 U.S.C. § 3143 (2012). Applying that standard, we conclude that the evidence supports the district court's conclusion that Langford was a flight risk. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*